1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

14

DAVID LAIL,                                              Civil  No.  C06-5317-FDB

15

            Plaintiff,

16

            vs.                                          ORDER FOR EXTENSION

17
18

JO ANNE B. BARNHART,
Commissioner of Social Security,

19
20

            Defendant.

21
22

            Based upon Stipulation between the parties, it is hereby ORDERED that the Defendant

23

shall have an extension to and including October 31, 2006, to file a response to Plaintiff's opening

24

brief.  It is further ORDERED that Plaintiff shall have to and including November 14, 2006, to file

25

Plaintiff's Reply Brief.

26
27
28

1    DATED this 13th day of October, 2006.

2

3

4

5                                                          Karen L. Strombom
                                                           United States Magistrate Judge
6

7

8

9    Presented by:

10   s/ JEFFREY BAIRD

11   Special Assistant U.S. Attorney
     Office of the General Counsel
12   701 Fifth Avenue, Suite 2900 MS/901
     Seattle, Washington 98104-7075
13   Telephone:  (206) 615-2205
     FAX:  (206) 615-2531
14   jeffrey.h.baird@ssa.gov

15

16

17

18

19

20

21

22

23

24

25

26

27

28   Page 2        ORDER - [C06-5147-FDB]