UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID L. LAIL,<br><br>    Plaintiff,<br><br>    vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No.  C06-5317-FDB<br><br><br>PROPOSED ORDER FOR EXTENSION |

Based upon Stipulation between the parties, it is hereby ORDERED that the Defendant shall have an extension to and including November 21, 2006, to file a response to Plaintiff's opening brief.  It is further ORDERED that Plaintiff shall have to and including December 12, 2006, to file Plaintiff's Reply Brief.

Page 1        ORDER - [C06-5317-FDB]

DATED this 15th day of November, 2006.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ JEFFREY BAIRD
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104-7075
Telephone: (206) 615-2205
FAX: (206) 615-2531
jeffrey.h.baird@ssa.gov

Page 2      ORDER - [C06-5317-FDB]