UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID L. LAIL,<br><br>    Plaintiff,<br><br>    vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No. C06-5317 FDB<br><br><br>ORDER FOR REMAND |

Based on the Stipulation between the parties, it is hereby ORDERED that the above-captioned case be REMANDED to the Commissioner of Social Security for further administrative proceedings. 42 U.S.C. § 405(g) (sentence four). On remand, the ALJ shall: 1) update the record; 2) re-evaluate the opinion of Dr. Neims giving specific and legitimate reasons if this opinion is rejected; 3) re-evaluate the opinion of Dr. Peterson, giving particular attention to the mental status examination, other test results, and Plaintiff's apparently limited activities of daily living; 4) give great weight to the Veteran's Administration disability rating and, if this rating

is rejected, provide specific, persuasive reasons, pursuant to McCartey v. Massanari, 298 F.3d 1072, 1076 (9th Cir. 2002); 5) reassess the residual functional capacity; 6) as necessary, obtain vocational expert testimony; and 7) complete any other actions necessary to develop the record and issue a new decision.

DATED this 19th day of December, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Recommended for Entry:

s/Karen L. Strombom
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ JEFFREY BAIRD
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104-7075
Telephone: (206) 615-2205
FAX: (206) 615-2531
jeffrey.h.baird@ssa.gov