UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID L. LAIL (DECEASED),

    Plaintiff,

    v.

MICHAEL ASTRUE, Commissioner of Social Security,

    Defendant.

Case No. C06-5317 FDB

ORDER FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(B)

This matter comes before the Court on Plaintiff's motion for authorization of attorney fees under 42 U.S.C. § 406(b). Counsel for Plaintiff seeks a gross fee award of $8,157.45. The Commissioner has filed a response to Plaintiff's motion indicating Defendant has no objection to the fee request.

Attorney's fees may be awarded to a successful social security claimant's lawyer for his or her representation before a court pursuant 42 U.S.C. §§ 406(b); Straw v. Bowen, 866 F.2d 1167 (9th Cir. 1989). Plaintiff must apply to the Social Security Administration for an award of fees for representation at the administrative level. 42 U.S.C. § 406(a); Stenswick v. Bowen, 815 F.2d 519 (9th Cir. 1987). Previously, this Court awarded Plaintiff's counsel $3,814.20 pursuant to the Equal

ORDER - 1

1 | Access to Justice Act (EAJA). Plaintiff's counsel now petitions for a gross fee of $8,157.45.

2 | Under 42 U.S.C. § 406(b)(1)(A) the court can only award fees up to the 25 percent withheld from the past-due benefits. This 25 percent limit applies to the total of EAJA and § 406(b) fees combined. See, <u>Morris v. Social Sec. Admin.</u>, 689 F.2d 495, 497-98 (4th Cir. 1982); <u>Webb v. Richardson</u>, 472 F.2d 529, 536 (6th Cir. 1972); <u>Dawson v. Finch</u>, 425 F.2d 1192, 1195 (5th Cir. 1970).

Plaintiff was awarded $38,573.00 in past due benefits. Twenty-five percent of past due benefits is $9,643.25. The Court concludes that the attorney's fees sought by counsel are reasonable within the meaning of § 406(b). Plaintiff's counsel is entitled to a gross attorney fee of $8,157.45. Subtracting the $3,814.20 previously awarded EAJA fees, counsel is entitled to a net award of $4,343.25.

ACCORDINGLY;

IT IS ORDERED:

Plaintiff's Motion for an Award of Attorney's Fees [Dkt #33] is **GRANTED**. Plaintiff's counsel is awarded 42 U.S.C. § 406(b) gross attorney fees in the sum of $8,157.45. The Commissioner is directed to subtract the $3,814.20 previously awarded EAJA fees and send to Plaintiff's counsel an award of $4,343.25., minus any applicable processing fees as allowed by statute.

DATED this 29th day of April, 2009.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2