# United States District Court

WESTERN DISTRICT OF WASHINGTON

DAVID L. LAIL (DECEASED)

v.

MICHAEL ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5317FDB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Plaintiff's Motion for an Award of Attorney's Fees (Dkt. #33) is **GRANTED**. Plaintiff's counsel is awarded 42 U.S.C. § 406(b) gross attorney fees in the sum of $8,157.45. The Commissioner is directed to subtract the $3,814.20 previously awarded EAJA fees and send to Plaintiff's counsel an award of $4,343.25, minus any applicable processing fees as allowed by statute.

| | |
|---|---|
| April 30, 2009 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |